

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00250-CV

| | | |
|---|---|---|
| LENNON II FAMILY LIMITED PARTNERSHIP, Appellant | § | On Appeal from the 442nd District Court |
| V. | | |
| | § | of Denton County (15-09569-442) |
| GREGORY GIDEO, SOUTHERN UNDERGROUND, LLC, AGL CONSTRUCTORS JOINT VENTURE, ARCHER WESTERN CONTRACTORS, LLC, GRANITE CONSTRUCTION COMPANY, AND THE LANE CONSTRUCTION CORPORATION, | § | August 29, 2019 |
| Appellees | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Lennon II Family Limited Partnership shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel